[No. 60059-1-I.   Division One.   May 27, 2008.]

ROSE SANDERS, *Individually and as Custodian, Appellant*, v. SEATTLE SCHOOL DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-27269-2, Nicole MacInnes, J., entered April 25, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Lau, JJ.

[No. 60142-3-I.   Division One.   May 27, 2008.]

KAREN R. STOKES, *on behalf of Anesthesia Associates of Monroe, PLLC, Appellant*, v. JOHN RODDA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-09311-1, Joan E. DuBuque, J., entered March 16, 2007. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Leach, JJ.

[No. 60452-0-I.   Division One.   May 27, 2008.]

ANNETTE M. SHILLINGER, *Respondent*, v. HIGHLINE SCHOOL DISTRICT NO. 401, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-11637-2, Andrea A. Darvas, J., entered July 16, 2007. *Reversed* by unpublished opinion per Becker, J., concurred in by Appelwick and Lau, JJ.

[Nos. 60501-1-I; 60502-0-I.   Division One.   May 27, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAKARI DOHROHN POTTS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 06-1-03689-8, Dean Scott Lum, J., entered July 24, 2007. *Reversed* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Leach, JJ.